IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LENARD WOOD § § § § § § § § § § TW&J TRANSPORTATION, LLC, ET AL § | **CIVIL ACTION NO.2:15CV00462** **JURY DEMAND** |

VS.

## PLAINTIFF'S MOTION TO DISMISS DEFENDANT SOUTHFORK TRUCKING, LLC.

TO THE HONORABLE DISTRICT JUDGE:

NOW COMES LENARD WOOD, Plaintiff in the above-styled and numbered cause, and would show the Court that Plaintiff no longer wishes to pursue his claim against Defendant, Southfork Trucking, LLC, and the Plaintiff hereby moves that his claims against Defendant, Southfork Trucking LLC be dismissed without prejudice, without affecting Plaintiff's claims against any other Defendant in this civil action.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Lenard Wood, prays that this Motion be granted, and that an Order of Dismissal without Prejudice, as to Plaintiff's claim against Defendant, Southfork Trucking LLCJoel Harris Chapman, be entered, without affecting Plaintiff's claims against any other Defendant in this civil action, with taxable court costs being assessed against the party incurring same.

Respectfully submitted,

J. Mark Mann
**MANN, TINDEL & THOMPSON**
300 West Main Street
Henderson, Texas 75652
Telephone No.:  (903) 657-8540
 Facsimile No.:  (903) 657-6003
mark@themannfirm.com

**LAW OFFICE OF DON WHEELER**
101 Tenaha Street
P. O. Box 1687
Center, Texas  75935
Telephone No.:  (936) 598-2925
Facsimile No.:  (936) 598-7024
velawson@sbcglobal.net

BY:        /s/ Don Wheeler
           DON WHEELER
           Texas Bar No. 21256200

           ATTORNEYS FOR PLAINTIFF

### CERTIFICATE OF CONFERENCE

I hereby certify that counsel have complied with the meet and confer requirement on the 23rd day of October, 2015  and this motion is unopposed.

/s/ Don Wheeler

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been delivered to all counsel of record on this the 6th day of November, 2015 in accordance with the Federal Rules of Civil Procedure.

/s/ Don Wheeler