IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LENARD WOOD | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:15-cv-00462 |
| | § | JURY |
| TW&J TRANSPORTATION, LLC, ET AL | § | |

## MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, **LENARD WOOD,** and moves the Court to dismiss the above entitled and numbered cause of action and would show the Court the following:

All matters of fact and things in controversy have been fully and finally compromised and settled by and between the Plaintiff, **LENARD WOOD** and Defendants, **KENNETH RAY JOHNSON and TW&J TRANSPORTATION, LLC**. The Plaintiff no longer desires to prosecute his cause of action as alleged in Plaintiff's Petition on file herein.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, **LENARD WOOD ,** requests that the Court enter its Order dismissing said cause, with prejudice, to the right of Plaintiff to re-file same or any part thereof against Defendants, **KENNETH RAY JOHNSON and TW&J TRANSPORTATION, LLC.**

Respectfully submitted,

**LAW OFFICE OF DON WHEELER
101 TENAHA STREET
CENTER, TEXAS 75935
TEL: (936) 598-2925
FAX: (936) 598-7024**

By: _____

DON WHEELER
State Bar No. 21256200
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Plaintiffs' Motion for Dismissal was furnished to all counsel of record on this the 5th day of May _____, 2016.

_____
DON WHEELER