# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LENARD WOOD | § | |
| | § | |
| v. | § | Case No. 2:15-CV-462-JRG |
| | § | |
| KENNETH RAY JOHNSON, ET AL. | § | |

## ORDER

ON THIS DAY, came on to be considered Plaintiff's Motion to Dismiss (Dkt. No. 60) and, after same having been presented to the Court, the Court is of the opinion that such Motion to Dismiss (Dkt. No. 60) should be **GRANTED**.

IT IS, therefore, ORDERED, ADJUDGED and DECREED that Plaintiff's cause of action as alleged in Plaintiff's Petition on file herein against Defendants, KENNETH RAY JOHNSON and TW&J TRANSPORTATION, LLC., be dismissed with prejudice, to the right of Plaintiff to refile same or any part thereof against KENNETH RAY JOHNSON and TW&J TRANSPORTATION, LLC., and costs to be paid by party incurring same.

**So ORDERED and SIGNED this 6th day of May, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE